UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 13-9127 |
|---|---|---|
| V. | : | CRIMINAL ACTION |
| Mathew Harris | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(3) The defendant shall appear at all future court proceedings;

(4) Other: __Next court date 8/22/13__

_Matt Harris_  _6/20/13_
DEFENDANT            DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_[signature]_
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_6/20/13_
DATE